| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |
|---|---|---|

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CASE NO. 1:18-CR-72 |
| | § | |
| JOSEPH LEE MANUEL | § | |

## ORDER PARTIALLY ADOPTING REPORT AND RECOMMENDATION

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge. In accordance with 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), Judge Giblin held a hearing and submitted findings of fact and a recommendation on the defendant's plea of true. The defendant consented to the revocation of his supervised release and waived his right to be present and allocute at sentencing. The parties have not objected to Judge Giblin's report.

The Court ORDERS that the findings of fact and recommendation on plea of true (#9) are ADOPTED, with the exception of the clerical error on page 1 of that document. The fifth sentence of the first paragraph on page one should read "United States District Judge John D. Rainey." The Court adopts the remainder of the findings of fact and Judge Giblin's recommendation. The clerical error has no bearing on the recommended acceptance of plea of true or the agreed sentence.

The Court finds that the defendant, Joseph Lee Manuel, violated conditions of supervised release and ORDERS that his supervision is REVOKED. Pursuant to Judge Giblin's recommendation and the parties' agreement, the Court ORDERS the defendant to serve a term of seven (7) months imprisonment, with no further supervision, as recommended by Judge Giblin.

The Court recommends placement in the Federal Correctional Complex (FCC) in Beaumont, Texas. The Court will enter a revocation judgment separately.

SIGNED at Beaumont, Texas, this 23rd day of March, 2020.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE